UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Darriana Humphrey, | Case No. 2:24-cv-00116-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| Henderson County Detention Center, | |
| Defendant. | |

On March 28, 2024, the Court received Plaintiff's change of address indicating she is no longer detained at the Henderson County Detention Center. ECF No. 13. The address Plaintiff provides appears to be the Dakota County Jail in Minnesota; however, the Dakota County Jail inmate database does not list Plaintiff as a current detainee. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

Accordingly, IT IS HEREBY ORDERED that no later than **September 20, 2024**, Plaintiff must file an updated address with the Court.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order may result in a recommendation to dismiss this case without prejudice.

DATED this 23rd day of August, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE